UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: VIRGINIA FUCHS § Case No. 10-34134
§
§
Debtors §

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mary B. Grossman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2010.

2) The plan was confirmed on 04/26/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/15/2010, 03/23/2011, 11/18/2011.

5) The case was dismissed on 03/31/2012.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $118,925.67.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 5,940.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 5,940.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,300.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 178.42 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,478.42 |
| Attorney fees paid and disclosed by debtor: | $ 700.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GREEN & KAPSOS LLC | Lgl | 3,000.00 | 3,000.00 | 3,000.00 | 2,300.00 | 0.00 |
| ANCHOR BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL SAVINGS BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE, LLC | Sec | 0.00 | 34,674.40 | 34,674.40 | 0.00 | 0.00 |
| EMC PAYMENT PROCESSING | Uns | 50,000.00 | 68,830.10 | 68,830.10 | 0.00 | 0.00 |
| RACINE CITY TREASURER | Sec | 10,087.33 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING. LLC | Uns | 0.00 | 5,917.32 | 5,917.32 | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ASSET MANAGEMENT | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| ANCHOR BANK | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIOLOGY ASSOC | Uns | 2,500.00 | 459.00 | 459.00 | 0.00 | 0.00 |
| AT&T | Uns | 2,555.10 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 1,722.00 | NA | NA | 0.00 | 0.00 |
| AURORA HEALTH CARE | Uns | 679.00 | 1,547.36 | 1,547.36 | 0.00 | 0.00 |
| AURORA MEDICAL GROUP | Uns | 0.00 | 1,599.95 | 1,599.95 | 0.00 | 0.00 |
| AURORA HEALTH CARE | Uns | 679.80 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AURORA MEDICAL GROUP | Uns | 679.80 | NA | NA | 0.00 | 0.00 |
| BLUECROSS BLUESHIELD OF IL | Uns | 1,130.00 | NA | NA | 0.00 | 0.00 |
| CACH, LLC | Uns | 5,917.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION ASSOCIATES | Uns | 213.00 | NA | NA | 0.00 | 0.00 |
| EAGLE COLLECTION CORP | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY MEDICINE | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| ASSET MANAGEMENT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ERMED SC | Uns | 121.40 | NA | NA | 0.00 | 0.00 |
| EAGLE COLLECTION CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LOWE'S | Uns | 4,870.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES PATHOLOGISTS | Uns | 11.36 | NA | NA | 0.00 | 0.00 |
| KELLY BAUER | Uns | 1,894.50 | 2,044.36 | 2,044.36 | 0.00 | 0.00 |
| WELLS FARGO BANK, N.A. | Uns | 103.51 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Uns | 5,336.88 | 5,336.88 | 5,336.88 | 0.00 | 0.00 |
| OLIVER ADJUSTMENT CO. INC. | Uns | 126.00 | NA | NA | 0.00 | 0.00 |
| PETER LUDWIG, ATTY. | Uns | 103.51 | NA | NA | 0.00 | 0.00 |
| PHONES PLUS | Uns | 482.16 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Uns | 550.00 | NA | NA | 0.00 | 0.00 |
| TDS METROCOM | Uns | 881.87 | NA | NA | 0.00 | 0.00 |
| THE STARK AGENCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TDS METROCOM | Uns | 881.87 | NA | NA | 0.00 | 0.00 |
| THE SURGERY CENTER | Uns | 642.50 | 3,577.23 | 3,577.23 | 0.00 | 0.00 |
| US BANK | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Uns | 3,462.52 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 956.56 | 218.02 | 218.02 | 0.00 | 0.00 |
| COMMERCIAL RECOVERY GROUP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 1,240.21 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| WEST ALLIS MEMORIAL HOSP. | Uns | 1,166.00 | NA | NA | 0.00 | 0.00 |
| WEST ALLIS MEMORIAL HOSP. | Uns | 998.06 | NA | NA | 0.00 | 0.00 |
| WHEATON FRANCISCAN HEALTH | Uns | 1,495.15 | NA | NA | 0.00 | 0.00 |
| WI DEPT OF REVENUE | Pri | 0.00 | 7,639.50 | 7,639.50 | 2,761.58 | 0.00 |
| WI DEPT OF REVENUE | Uns | 0.00 | 1,844.00 | 1,844.00 | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Sec | 0.00 | 700.00 | 700.00 | 700.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 35,374.40 | $ 700.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 35,374.40 | $ 700.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 7,639.50 | $ 2,761.58 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 7,639.50 | $ 2,761.58 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 91,374.22 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,478.42 |
| Disbursements to Creditors | $ 3,461.58 |
| **TOTAL DISBURSEMENTS:** | $ 5,940.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  06/26/2012                    By:  /s/ Mary B. Grossman
                                                                       Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**